UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEL CORPORATION,<br><br>  Movant,<br>v.<br><br>FORTRESS INVESTMENT GROUP LLC,<br><br>  Respondent. | Miscellaneous No.  1:19-mc-23 |

### NOTICE OF MOTION TO COMPEL
### PRODUCTION OF DOCUMENTS PURSUANT TO SUBPOENA

PLEASE TAKE NOTICE that upon the attached Declaration of Olga Musayev, Esq., sworn to January 15, 2019, the exhibits attached thereto, and the accompanying Memorandum of Law, Movant Intel Corporation ("Intel"), by and through its attorneys at Wilmer Cutler Pickering Hale and Dorr LLP, hereby moves this Court for entry of an order pursuant to Fed. R. Civ. P. 45 compelling production of documents improperly withheld by Respondent Fortress Investment Group LLC and its law firm, Irell & Manella LLP, as privileged in response to a subpoena issued by Intel in *VLSI Technology LLC v. Intel Corporation*, No. 5:17-cv-05671 (N.D. Cal.), and awarding such further relief as the Court deems proper.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, and reply papers shall be served pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of the United States District Court for the Southern District of New York.

Dated:  January 15, 2019                    WILMER CUTLER PICKERING
                                            HALE AND DORR LLP


                                            By: */s/ Gregory H. Lantier*
                                            Gregory H. Lantier
                                            1875 Pennsylvania Avenue NW
                                            Washington, DC 20006
                                            Gregory.Lantier@wilmerhale.com
                                            Telephone: (202) 663-6000
                                            Fax: (202) 663-6363

                                            *Attorney for Movant Intel Corporation*