# EXHIBIT 19

| | |
|---|---|
| **From:** | Major, Amanda |
| **Sent:** | Tuesday, October 9, 2018 4:40 PM |
| **To:** | Slusarczyk, Dominik |
| **Cc:** | #VLSI-Intel [Int]; WH Intel-VLSI Service |
| **Subject:** | RE: VLSI v. Intel: Responses to Fortress Subpoena |

Dear Dominik – We are unaware of any basis for your understanding that the issues addressed in my September 25 letter had somehow been resolved. We certainly never told you that. When we most recently discussed Fortress's privilege log, we explained that Intel would consider Fortress's position. We followed up by pointing out case law that indicates that Fortress's failure to serve a log on a timely basis effects a waiver of any privilege, asking that Fortress commit to providing a log by October 12, and asking for a meet-and-confer about Fortress's privilege log as well as the deficiencies in Fortress's document production identified in my September 25 letter. Before we received your email last evening, Fortress had provided no response to the substantive issues addressed in my letter or to our request for a meet-and-confer. We therefore do not see how Fortress could sincerely have been under the impression the issues discussed in that letter had been resolved.

In any event, if it remains Fortress's position that it will not produce a privilege log until August 2019, Intel intends to approach the Court to seek an order compelling production of all responsive materials withheld on the basis of privilege given Fortress's failure to log such documents in a timely fashion. Please confirm Fortress's position. Please also identify times when Fortress is available for a meet-and-confer Wednesday or Friday of this week to discuss the document production deficiencies addressed in my September 25 letter.

Finally, we have now reached the point in time that Fortress expected to provide its last email production. When will we receive that production?

Regards,
Amanda

**From:** Slusarczyk, Dominik <DSlusarczyk@irell.com>
**Sent:** Monday, October 8, 2018 10:22 PM
**To:** Major, Amanda <Amanda.Major@wilmerhale.com>
**Cc:** #VLSI-Intel [Int] <VLSI-Intel@irell.com>; WH Intel-VLSI Service <WHIntel-VLSIService@wilmerhale.com>
**Subject:** RE: VLSI v. Intel: Responses to Fortress Subpoena

Dear Amanda,

I thought we discussed these issues and reached resolution on previous calls—including Intel's many questions about Fortress's privilege log. Notwithstanding, I am available to meet and confer on or after 4 PM Pacific tomorrow (Tuesday), to the extent there are any questions that warrant our discussion. I could also find time on Wednesday if needed. Thank you.

Dominik

**From:** Major, Amanda [mailto:Amanda.Major@wilmerhale.com]
**Sent:** Friday, October 05, 2018 4:53 PM
**To:** Slusarczyk, Dominik
**Cc:** #VLSI-Intel [Int]; WH Intel-VLSI Service
**Subject:** RE: VLSI v. Intel: Responses to Fortress Subpoena

Dear Dominik – We have not received a response to our September 25, 2018 regarding Fortress's document production and privilege log, or a response to our request for times to meet and confer this week.  Please let us know your availability for a meet-and-confer Monday.  At a minimum, please be prepared to let us know whether Fortress agrees to provide a privilege log now or whether it continues to take the position that it will not provide a log until August 2019.

Regards,
Amanda

---

**From:** Major, Amanda
**Sent:** Tuesday, September 25, 2018 6:34 PM
**To:** 'Slusarczyk, Dominik' <DSlusarczyk@irell.com>
**Cc:** #VLSI-Intel [Int] <VLSI-Intel@irell.com>; WH Intel-VLSI Service <WHIntel-VLSIService@wilmerhale.com>
**Subject:** VLSI v. Intel: Responses to Fortress Subpoena

Dear Dominik –

Please see the attached correspondence.

Regards,
Amanda

**Amanda L. Major | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6304 (t)
+1 202 663 6363 (f)
amanda.major@wilmerhale.com

**Please consider the environment before printing this email.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.



PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.